FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
*Giving Home Health Care, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA WHITEAR;<br><br>　　　　Plaintiff,<br><br>v.<br><br>GIVING HOME HEALTH CARE, LLC; DOES 1 through X, inclusive; and, ROE CORPORATIONS 1 through X; inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01009-DJA<br><br>**ORDER RE:**<br>**MOTION TO EXTEND TIME FOR DEFEDANT TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

Defendant, Giving Home Health Care, LLC, hereby moves this Court for an extension of time up to and including October 4, 2024, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of this deadline.

Defense counsel, as an officer of the Court, represents as follows: Defendant needs additional time to respond because of events and deadlines in other matters. Further, Plaintiff has other litigation pending against Defendant in New Mexico, and there may be an opportunity to achieve a global resolution through mediation. Defense counsel has contacted Plaintiff's counsel, Ms. Holman, three times starting on September 5, 2024 regarding an extension. Defense counsel has had good relations with Ms. Holman in other matters, including regarding extensions, and does not

FP 52267316.1

- 1 –

anticipate an issue once Ms. Holman has a chance to respond.

                        Respectfully submitted,

                        FISHER & PHILLIPS, LLP

                        By: /s/ Scott M. Mahoney, Esq.
                        300 South Fourth Street
                        Suite 1500
                        Las Vegas, Nevada 89101
                        Attorneys for Defendant

### CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 17th day of September 2024, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Motion for Defendant to Extend Time to Respond to Complaint with the United States District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

                        Kristina Holman, Esq.

                        By: /s/ Carmen Ramirez
                        An employee of Fisher & Phillips LLP

Good cause appearing therein, IT IS SO ORDERED.

DATED: 9/19/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

FP 52267316.1