1 FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2 Nevada Bar No. 1099
300 S. Fourth Street
3 Suite 1500
Las Vegas, NV  89101
4 Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
5 Attorney for Defendant,
*Giving Home Health Care, LLC*
6

7                **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**

9 AMANDA WHITEAR;                    )   Case No. 2:24-cv-01009-DJA
                                     )
10                                   )
              Plaintiff,             )   **STIPULATION AND ORDER TO**
11                                   )   **EXTEND TIME FOR DEFEDANT**
   v.                                )   **TO RESPOND TO COMPLAINT**
12                                   )   **(SECOND REQUEST)**
                                     )
13 GIVING HOME HEALTH CARE, LLC;     )
   DOES 1 through X, inclusive; and, ROE )
14 CORPORATIONS 1 through X; inclusive, )
                                     )
15            Defendants.            )
                                     )
16 _____  )

17        IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

18 record that Defendant, Giving Home Health Care, LLC, will have additional time up to

19 and including October 21, 2024, to answer or otherwise respond to Plaintiff's

20 Complaint (ECF No. 1).  The parties are involved in a separate lawsuit in New Mexico

21 in which a mediation is trying to be scheduled, and the case before this Court could

22 possibly be resolved in that mediation.  This is the second request for an extension

23

24

25

26

27

28

*(left margin, vertical)* **FISHER & PHILLIPS LLP**  300 S. Fourth Street, Suite 1500  Las Vegas, Nevada  89101

FP 52487869.1

- 1 –

1   of this deadline.

2   HOLMAN LAW OFFICE                          FIHSER & PHILLIPS, LLP

3

4   /s/ *Kristina S. Holman*                   /s/ *Scott M. Mahoney*
    Kristina S. Holman, Esq.                   Scott M. Mahoney, Esq.
5   8275 S. Eastern Avenue                     300 South 4th Street
6   Suite 215                                  Suite 1500
    Las Vegas, NV  89123                       Las Vegas, NV  89101
7   702-990-8681                               702-252-3131

8

9                                       IT IS SO ORDERED:

10

                                        UNITED STATES MAGISTRATE JUDGE
11
                                        Dated: 10/7/2024
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FP 52487869.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada  89101