# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Amanda Whitear,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Giving Home Health Care, LLC; et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01009-DJA<br><br>**Order** |

Before the Court is Defendant Giving Home Health Care's motion to extend scheduling order deadlines (ECF No. 36) and motion to extend dispositive motions deadline (ECF No. 37). No party has responded to Defendant's first motion, constituting their consent to the Court granting it. *See* LR 7-2(d). The Court further finds that Defendant has shown good cause for the requested extension. *See* Fed. R. Civ. P. 16(b)(4). So, the Court grants Defendant's first motion. (ECF No. 36).

The Court finds that Defendant's second motion is premature given the fact that the deadlines Defendant proposed in its first motion have not yet come to pass. Defendant has also not provided good cause for the requested extension. *See* Fed. R. Civ. P. 16(b)(4). So, the Court denies Defendant's second motion.

///

///

///

**IT IS THEREFORE ORDERED** that Defendant's motion to extend scheduling order deadlines (ECF No. 36) is **granted.**  The following deadlines shall govern discovery:

Discovery deadline:            December 5, 2025

Dispositive motion deadline:   January 5, 2026

Joint pretrial order:          February 4, 2026[1]

**IT IS FURTHER ORDERED** that Defendant's motion to extend the dispositive motions deadline (ECF No. 37) is **denied.**

DATED: October 14, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.