FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101SM
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
*Giving Home Health Care, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA WHITEAR; | ) Case No. 2:24-cv-01009-DJA |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **FOR DISMISSAL** |
| GIVING HOME HEALTH CARE, LLC; | ) |
| DOES 1 through X, inclusive; and, ROE | ) |
| CORPORATIONS 1 through X; inclusive, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

HOLMAN LAW OFFICE                           FISHER & PHILLIPS, LLP

/s/ *Kristina S. Holman*                    /s/ *Scott M. Mahoney*
Kristina S. Holman, Esq.                    Scott M. Mahoney, Esq.
8275 S. Eastern Avenue                      300 South 4th Street
Suite 215                                   Suite 1500
Las Vegas, NV  89123                        Las Vegas, NV  89101
702-990-8681                                702-252-3131

**IT IS THEREFORE ORDERED** that the stipulation (ECF No. 43) is GRANTED and the order to show cause (ECF No. 39) is deemed MOOT.  The Clerk is kindly directed to close the case.

DATED: 1/30/2026                    _____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 1 –

FP 60354500.1